**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| ANDREW RICHARDSON<br>v.<br>CITY OF CHICAGO, Illinois and Chicago Police Officers DARRIN MACON (3782), TIM TATUM (18647), RALPH HARPER (14327), SGT. ORLANDO (2208) and Chicago | FILED: AUGUST 24, 2008<br>08CV4824<br>JUDGE KENDALL<br>MAGISTRATE JUDGE COLE<br>YM |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Andrew Richardson

| NAME (Type or print) |
|---|
| Tony Thedford |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Tony Thedford |

| FIRM |
|---|
| Law Office of Tony Thedford |

| STREET ADDRESS |
|---|
| 6133 South Ellis Avenue |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60637 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6239316 | 773-752-6950 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐